UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

In re:                                                               Case No. 16-18621-JKO
                                                                     Chapter 13
DANIEL PANSKY,
        Debtor.
_____/

**CREDITOR, BARRY S. FRANKLIN & ASSOCIATES, P.A.'S
OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN**

      Creditor, Barry S. Franklin & Associates, P.A., by and through undersigned counsel, hereby files this Objection to Confirmation of Chapter 13 Plan, and state as follows:

      1.    Daniel Pansky ("Debtor") is a real estate agent. He purportedly works for Miami Luxury RE LLC.

      2.    Miami Luxury RE LLC ("Luxury LLC") is purportedly operated by Maria Kuzina ("Kuzina"). Kuzina is also a real estate agent and/or broker.

      3.    Pansky and Kuzina reside together.

      4.    Based upon information and belief, the Debtor has been and continues to be involved in real estate sales. However, to avoid creditors, the sales are put under the MLS number of Kuzina and/or Luxury LLC to avoid the appearance that the Debtor is earning commissions. For instance within the year prior to the filing of the bankruptcy, the Debtor was listed as the buyer's agent along with Kuzina on an $11,000,000.00 property purchase. The standard buyer's side commission for an $11,000,000.00 purchase would be approximately $330,000.00. Even if this commission was evenly split with Kuzina, the Debtor would have received a commission of approximately $115,000.00. However, on the Debtor's SOFA he lists $6,000.00 in wages/commissions for 2016 and $25,595.00 for 2015.

5. Accordingly, it appears that the Debtor is hiding his ownership interest in Luxury LLC and/or hiding his income through Kuzina or Luxury LLC.

6. Further, if Kuzina has been providing support for the Debtor, that support should be scheduled as well.

7. The Debtor is not devoting his disposable income to the Plan.  The Debtor is not meeting the liquidation test as required.  The Debtor's Plan is being proposed in bad faith.

8. Creditor objects to confirmation and reserves the right to amend his objection upon further discovery.

**WHEREFORE**, Creditor, Barry S. Franklin & Associates, P.A, pray that this Honorable Court will deny confirmation and dismiss this bankruptcy and for such other and further relief as the Court deems just and proper.

I HEREBY CERTIFY that a true and correct copy of the foregoing has been sent in the manner stated to all parties listed below this 21st day of September, 2016.

I HEREBY CERTIFY that I am admitted to the Bar of the United States Bankruptcy Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

FURR COHEN
*Attorneys for Creditors*
2255 Glades Road, Suite 337W
Boca Raton, FL 33431
Telephone:  (561) 395-0500
Facsimile:   (561) 338-7532

BY: */s/ Alan R. Crane*
       Alan R. Crane
       Florida Bar No.: 0963836
       E-Mail:  acrane@furrcohen.com

**VIA ECF:**

- Stephen C Breuer    stephen@moffa.law, atty_ellison@trustesolutions.com,allusers@moffa.law,ecf@moffa.law,stephen@ecf.courtdrive.com
- Alan R Crane    acrane@furrcohen.com, pmouton@furrcohen.com;atty_furrcohen@bluestylus.com
- John A. Moffa    john@moffa.law, atty_ellison@trustesolutions.com,allusers@moffa.law,ecf@moffa.law,johnm@ecf.courtdrive.com
- Office of the US Trustee    USTPRegion21.MM.ECF@usdoj.gov
- Robin R Weiner    ecf@ch13weiner.com;ecf2@ch13weiner.com