

**ORDERED in the Southern District of Florida on June 7, 2017.**

*John K. Olson, Judge*
*United States Bankruptcy Court*

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | Case No. 16-18621-JKO |
| | Chapter 13 |
| DANIEL PANSKY, | |
|       Debtor. | |
| _____/ | |

**ORDER GRANTING, IN PART, AND DENYING, IN PART, DEBTOR'S MOTION FOR PROTECTIVE ORDER AND MOTION TO COMPEL COMPLIANCE WITH <u>STIPULATION AND AGREED ORDER [ECF #94]</u>**

This matter came before the Court on May 24, 2017, upon Debtor's Motion for Protective Order and Motion to Compel Compliance with Stipulation and Agreed Order, and Creditors', Barry S. Franklin & Associates, P.A., and Phillips Lanier, PLLC ("Creditors") Response thereto, [ECF #96], and the Court having heard argument of counsel, and being otherwise duly advised in the premises therein, does hereby

    **ORDER AND ADJUDGE as follows:**

1.  The Debtor's Motion for Protective Order is GRANTED in part. The Debtor shall appear for an examination to be conducted under Rule 7030 by the Creditors. In addition, any discovery of the Debtor's girlfriend (Maria Kuzina) or any company in which either the Debtor or Maria Kuzina have an ownership interest shall similarly proceed under Federal Rules of Bankruptcy Procedure 7001 *et seq*. In all other respects, the Debtor's Motion for Protective Order is DENIED.

2.  The Debtor's Motion to Compel Compliance with Stipulation and Agreed Order is DENIED.

###

Submitted by:

Alan R. Crane, Esq.
FURR COHEN
2255 Glades Road, Suite 337W
Boca Raton, FL  33431
Telephone:  (561) 395-0500
Facsimile:  (561) 338-7532
E-mail:  acrane@furrcohen.com

**Attorney, Alan R. Crane, is directed to serve a conformed copy of this order on all interested parties listed below and shall file a certificate of service with the Court.**

**VIA ECF:**

- Stephen C Breuer    stephen@moffa.law, atty_ellison@trustesolutions.com,allusers@moffa.law,ecf@moffa.law,stephen@ecf.courtdrive.com
- Alan R Crane    acrane@furrcohen.com, pmouton@furrcohen.com;atty_furrcohen@bluestylus.com
- Maureen Donlan    maureen.donlan@usdoj.gov, shannon.patterson@usdoj.gov;Milton.pacheco@usdoj.gov
- Yanique A Johnson    yanique@moffa.law, atty_ellison@trustesolutions.com,allusers@moffa.law,ecf@moffa.law,yanique@ecf.courtdrive.com
- John A. Moffa    john@moffa.law, atty_ellison@trustesolutions.com,allusers@moffa.law,ecf@moffa.law,johnm@ecf.courtd

rive.com
- Office of the US Trustee    USTPRegion21.MM.ECF@usdoj.gov
- Robin R Weiner    ecf@ch13weiner.com;ecf2@ch13weiner.com